United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEYAIRRA A. MURRAY,

Plaintiff,

v.

GOLDEN GATE BRIDGE, HIGHWAY & TRANSPORTATION,

Defendant.

Case No. 4:25-cv-08067-KAW

**REPORT AND RECOMMENDATION TO DISMISS CASE WITHOUT PREJUDICE; ORDER REASSIGNING CASE TO A DISTRICT JUDGE**

Re: Dkt. Nos. 14, 15

On September 23, 2025, Plaintiff filed this civil action and application to proceed in forma pauperis. On November 13, 2025, the Court granted Plaintiff's amended application to proceed in forma pauperis, but screened Plaintiff's complaint and found it deficient under 28 U.S.C. § 1915(e)(2). (Dkt. No. 8 at 3.) The Court ordered Plaintiff to file an amended complaint that provided the legal and factual basis for all claims. *Id.* Plaintiff did not timely file an amended complaint, so the Court issued an order to show cause on January 5, 2026. (Dkt. No. 13.)

On February 20, 2026, Plaintiff filed a response to the order to show cause and attached her first amended complaint. (Dkt. No. 14.) On March 24, 2026, the Court discharged the order to show cause. (Dkt. No. 15 at 1.) The Court, however, explained that Plaintiff's first amended complaint was not signed, as required by Federal Rule of Civil Procedure 11(a), and that the complaint remained deficient despite the inclusion of additional facts. *Id.* at 1-2. The Court went into the deficiencies in detail to provide Plaintiff substantive guidance in filing her second amended complaint. *Id.*

Plaintiff was ordered to file a second amended complaint by April 30, 2026, and she was advised that if she "fails to file a second amended complaint by that date, or the amended complaint fails to cure all defects, the case will be reassigned to a district judge with the report and

recommendation that either the complaint be dismissed in whole or in part or that the case be dismissed in its entirety." *Id.* at 2. Plaintiff was further cautioned that

> [t]he Court is not inclined to give Plaintiff another opportunity to amend, so Plaintiff is strongly encouraged to contact the Federal Pro Bono Project's Help Desk for a free appointment by calling (415) 782-8982. While the Help Desk attorneys do not provide legal representation, they may advise regarding the sufficiency of a draft amended pleading. Plaintiff should take a copy of this order and her draft complaint to her appointment.

*Id.* at 2. To date, Plaintiff has not filed the second amended complaint as ordered.

Federal Rule of Civil Procedure 41(b) permits the involuntary dismissal of an action or claim for a plaintiff's failure to prosecute. *See Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962) ("authority of a court to dismiss sua sponte for lack of prosecution has generally been considered an 'inherent power'"). Unless otherwise stated, a dismissal under Rule 41(b) "operates as an adjudication on the merits." Fed. R. Civ. P. 41(b).

Accordingly, the Court REASSIGNS this case to a district judge and RECOMMENDS that it be dismissed without prejudice for failure to prosecute.

Any party may file objections to this report and recommendation with the district judge within 14 days of being served with a copy. *See* 28 U.S.C. § 636(b)(l); Fed. R. Civ. P. 72(b); N.D. Civil L.R. 72-3. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *IBEW Local 595 Trust Funds v. ACS Controls Corp.*, No. C-10-5568, 2011 WL 1496056, at *3 (N.D. Cal. Apr. 20, 2011).

IT IS SO ORDERED.

Dated: June 18, 2026

KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California